| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Peter A. Wald (Bar No. 85705) |
| 2 |    Marcy C. Priedeman (Bar No. 258505) |
| | *peter.wald@lw.com* |
| 3 | *marcy.priedeman@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| 6 |    Patrick E. Gibbs (Bar No. 183174) |
| | *patrick.gibbs@lw.com* |
| 7 | 140 Scott Drive |
| | Menlo Park, California 94025 |
| 8 | Telephone: (650) 328-4600 |
| | Facsimile: (650) 463-2600 |
| 9 | |
| | Attorneys for Defendants |
| 10 | LARRY HSU, ARTHUR A. KOCH, BRYAN M. |
| | REASONS, ROBERT L. BURR, LESLIE Z. |
| 11 | BENET, ALLEN CHAO, NIGEL TEN FLEMING, |
| | MICHAEL MARKBREITER and PETER R. |
| 12 | TERRERI |
| 13 | and |
| 14 | Nominal Defendant IMPAX LABORATORIES, INC |
| 15 | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS KARANT, Derivatively on Behalf of Nominal Defendant IMPAX LABORATORIES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> LARRY HSU, ARTHUR A. KOCH, BRYAN M. REASONS, ROBERT L. BURR, LESLIE Z. BENET, ALLEN CHAO, NIGEL TEN FLEMING, MICHAEL MARKBREITER and PETER R. TERRERI <br><br> Defendants. <br><br> IMPAX LABORATORIES, INC., <br><br> Nominal Defendant. | CASE NO. 14-cv-04313-SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL DISCLOSURES PENDING THE COURT'S ORDER ON THE PENDING MOTIONS TO DISMISS** <br><br> Date: <br> Time: <br> Location: Courtroom 10 <br> Judge: Honorable Susan Ilston |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL DISCLOSURES
CASE NUMBER: 14-cv-04313-SI

WHEREAS, on September 24, 2014, Plaintiff Nicholas Karant ("Plaintiff") filed the above captioned shareholder derivative action (the "Action") on behalf of Nominal Defendant Impax Laboratories, Inc. ("Impax" or the "Company") against Individual Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, and Peter R. Terreri (the "Individual Defendants");

WHEREAS, on December 15, 2014, Impax and the Individual Defendants filed their respective Motions to Dismiss the Complaint (Dkt. Nos. 25, 26);

WHEREAS, on January 9, 2015, Plaintiff's and Defendants' (the "Parties") Initial Disclosures are due;

WHEREAS, on March 13, 2015, the Court is to hear oral argument on the Motions to Dismiss;

WHEREAS, for the sake of efficiency and mindful of the Court's and Parties' resources, the Parties have agreed to continue the Parties' Initial Disclosures until after the Court has ruled on Defendants' Motions to Dismiss.

Accordingly, it is hereby stipulated between the Parties, as follows:

1. The Parties shall file their respective initial disclosures no later than 30 days following the Court's ruling on the Motions to Dismiss.

IT IS SO STIPULATED.

DATED: January 6, 2015

| THE WEISER LAW FIRM, P.C. | LATHAM & WATKINS LLP |
|---|---|
| By: __/S/ Kathleen A. Herkenhoff_____<br>     Kathleen A. Herkenhoff | By: __/s/ Peter A. Wald_____<br>     Peter A. Wald |
| Kathleen A. Herkenhoff<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 794-1441<br>Facsimile: (858) 794-1450<br>THE WEISER LAW FIRM, P.C.<br>*Counsel for Plaintiff* | Peter A. Wald<br>Marcy C. Priedeman<br>505 Montgomery St., Suite 2000<br>San Francisco, California  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>peter.wald@lw.com<br>marcy.priedeman@lw.com |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL DISCLOSURES
CASE NUMBER: 14-cv-04313-SI

1  and

2  Patrick E. Gibbs
3  140 Scott Drive
   Menlo Park, California 94025-1008
   Telephone:  (650) 328-4600
4  Facsimile:  (650) 463-2600
5  patrick.gibbs@lw.com

6  *Attorneys for Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, Peter R. Tereri and Nominal Defendant Impax Laboratories, Inc.*

11                     **ORDER**

12 Pursuant to Stipulation, IT IS SO ORDERED.

15 DATED:___1/8/14_____                          *(signature: Susan Illston)*

16                                               _____
                                                 HON. SUSAN ILLSTON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL DISCLOSURES
CASE NUMBER: 14-cv-04313-SI

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Initial Disclosures Pending the Court's Order on the Pending Motions to Dismiss. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED:  January 6, 2015                                  /s/ Peter A. Wald
                                                                              Peter A. Wald

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL DISCLOSURES
CASE NUMBER: 14-cv-04313-SI