1  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Telephone: (858) 794-1441
   Facsimile: (858) 794-1450
4  kah@weiserlawfirm.com

5  Attorneys for Plaintiff

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | NICHOLAS KARANT, Derivatively on ) | Case No. 14-CV-04313-JCS
   | Behalf of Nominal Defendant IMPAX )
12 | LABORATORIES, INC, ) | STIPULATION AND [PROPOSED] ORDER
   | ) | CONTINUING DATE FOR INITIAL
13 | Plaintiff, ) | STATUS CONFERENCE
   | )
14 | vs. )
   | ) | DATE:  January 16, 2015
15 | LARRY HSU, ARTHUR A. KOCH, BRYAN ) | TIME:  2:30 p.m.
   | M. REASONS, ROBERT L. BURR, LESLIE ) | CTRM:  10
16 | Z. BENET, ALLEN CHAO, NIGEL TEN ) | JUDGE: Hon. Susan Illston
   | FLEMING, MICHAEL MARKBREITER and )
17 | PETER R. TERRERI, )
   | )
18 | Defendants, )
   | )
19 | –and– )
   | )
20 | IMPAX LABORATORIES, INC., )
   | )
21 | Nominal Party. )
   | )
22

1  WHEREAS, on September 24, 2014, Plaintiff Nicholas Karant ("Plaintiff") filed the above captioned shareholder derivative action (the "Action") on behalf of Nominal Defendant Impax Laboratories, Inc. ("Impax" or the "Company") against Individual Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, and Peter R. Terreri (the "Individual Defendants");

WHEREAS, on December 15, 2014, Impax and the Individual Defendants filed their respective Motions to Dismiss the Complaint (Dkt. Nos. 25, 26);

WHEREAS, on March 13, 2015, the Court is to hear oral argument on the Motions to Dismiss;

WHEREAS, on January 9, 2015, the Court entered a Stipulation and Order Continuing Initial Disclosures Pending The Court's Order On The Pending Motions To Dismiss;

WHEREAS, for the sake of efficiency and mindful of the Court's and Parties' resources, as well as certain scheduling circumstances surrounding the current timing of the Initial Case Management Conference (the "Initial CMC"), the Parties have agreed to continue the Initial CMC until after the Court has ruled on Defendants' Motions to Dismiss.

Accordingly, it is hereby stipulated between the Parties, as follows:

1. The Initial CMC shall be continued from January 16, 2015 to April 24, 2015, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: January 9, 2015

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)

/S/ Kathleen A. Herkenhoff
KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile:  (858) 794-1450

| | |
|---|---|
| 1 | |
| 2 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>22 Cassatt Avenue, First Floor<br>Berwyn, PA 19312<br>Telephone:  (610) 225-2677<br>Facsimile:  (610) 408-8062<br>rw@weiserlawfirm.com<br>bds@weiserlawfirm.com |
| 7 | |
| 8 | RYAN & MANISKAS, LLP<br>KATHARINE RYAN<br>995 Old Eagle School Rd., Ste. 311<br>Wayne, PA 19087<br>Telephone:  (484) 588-5516<br>Facsimile:  (484) 450-2582<br>kryan@rmclasslaw.com |
| 12 | Counsel for Plaintiff |
| 13  DATED:  January 9, 2015 | LATHAM & WATKINS LLP<br>PETER A. WALD<br>MARCY C. PRIEDEMAN |
| 16 | _____/S/ Peter A. Wald_____<br>PETER A. WALD |
| 18 | 505 Montgomery Street<br>San Francisco, CA<br>Telephone: 415/391-0600<br>peter.wald@lw.com<br>marcy.priedeman@lw.com<br>LATHAM & WATKINS LLP<br>PATRICK E. GIBBS<br>140 Scott Drive<br>Menlo Park, California 94025-1008<br>Telephone: 650/328-4600<br>Facsimile:  650/463-2600<br>patrick.gibbs@lw.com |
| 25 | Attorneys for Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, Peter R. Tereri and Nominal Defendant Impax Laboratories, Inc. |
| 28 | *     *     * |

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 1/12/15 _____

_____
HON. SUSAN ILLSTON

**ATTESTATION**

I, Kathleen A. Herkenhoff, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Continuing Date for Initial Status Conference. In compliance, I hereby attest that Peter A. Wald has concurred in this filing.

DATED:  January 9, 2015                    THE WEISER LAW FIRM, P.C.


                                           s/ Kathleen A. Herkenhoff
                                           Kathleen A. Herkenhoff

                                           Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List , and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 9, 2015.

                                                 s/ KATHLEEN A. HERKENHOFF
                                                KATHLEEN A. HERKENHOFF

                                                THE WEISER LAW FIRM, P.C.
                                                12707 High Bluff Drive, Suite 200
                                                San Diego, CA 92130
                                                Telephone: 858/794-1441
                                                Facsimile: 858/794-1450

                                                Email: kah@weiserlawfirm.com

# Mailing Information for a Case 3:14-cv-04313-SI Nichols Karant v. Larry Hsu et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Joseph Ciarlanto**
  jjc@weiserlawfirm.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Marcy Christina Priedeman**
  marcy.priedeman@lw.com,#sfdocket@lw.com

- **Brett D. Stecker**
  bds@weiserlawfirm.com,hl@weiserlawfirm.com

- **Peter Allen Wald**
  peter.wald@lw.com,caroline.yu@lw.com,#sfdocket@lw.com,john.eastly@lw.com

- **Robert Brian Weiser**
  rw@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Katharine           Ryan
Ryan & Maniskas, LLP
995 Old Eagle School Road
Suite 311
Wayne, PA 19087
```