THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS KARANT, Derivatively on Behalf of Nominal Defendant IMPAX LABORATORIES, INC, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY HSU, ARTHUR A. KOCH, BRYAN M. REASONS, ROBERT L. BURR, LESLIE Z. BENET, ALLEN CHAO, NIGEL TEN FLEMING, MICHAEL MARKBREITER and PETER R. TERRERI, <br><br> Defendants, <br><br> – and – <br><br> IMPAX LABORATORIES, INC., <br><br> Nominal Party. | Case No. 14-CV-04313-HSG <br><br> STIPULATION AND ORDER RESETTING HEARING DATE ON MOTIONS TO DISMISS AND ADJUSTING RELATED BRIEFING DEADLINES <br><br> DATE: TBD <br> TIME: TBD <br> JUDGE: Hon. Haywood S. Gilliam, Jr. |

1  WHEREAS, on September 24, 2014, Plaintiff Nicholas Karant filed the above-captioned
2  action alleging wrongful refusal of a shareholder litigation demand (the "Karant Action");

3  WHEREAS, on October 22, 2014, the Honorable Susan Illston entered a Stipulation and
4  Order Concerning Defendants' Time To Respond To Complaint (the "First Scheduling Order"),
5  which set a March 13, 2015 hearing date for any motions to dismiss or responses (including any
6  requests for judicial notice or motions to strike) to the operative pleading in the Karant Action
7  (collectively, the "Motions to Dismiss"), with briefing dates of December 15, 2014 for moving
8  papers, and February 11, 2015 for opposition papers (the "Opposition");

9  WHEREAS, on February 4, 2015, a Related Case Order (the "Related Case Order") issued in
10 the Karant Action, which related the Karant Action to two pending shareholder derivative actions
11 alleging demand futility on file in this District: *Wickey v. Hsu, et al.*, Case No. 3:14-cv-04266-JD
12 and *International Union of Operating Engineers Local 478 v. Hsu, et al.*, Case No. 3:14-cv-04980–
13 JD);

14 WHEREAS, the Related Case Order vacated the March 13, 2015 hearing date on the Motions
15 to Dismiss noticed pursuant to the First Scheduling Order;

16 WHEREAS, on February 5, 2015, the Karant Action was reassigned to the Honorable James
17 Donato;

18 WHEREAS, on February 5, 2015, the parties agreed that a two week continuance of the
19 briefing dates on the Motions to Dismiss would be appropriate to conserve resources of the parties
20 and the Court, and to allow the parties to explore possible settlement of the Karant Action;

21 WHEREAS, on February 6, 2015, in view of the preliminary nature of the settlement
22 negotiations, the Court entered an order (Dkt. Nos. 39 & 40), which continued the date for Plaintiff
23 to file the Opposition to February 25, 2015, and continued the date for Defendants to submit a reply
24 (the "Reply") to March 16, 2015, and set a hearing date on the Motions to Dismiss of April 22, 2015
25 (the "Hearing Date");

26

27

28

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE ON
MOTIONS TO DISMISS AND ADJUSTING RELATED BRIEFING DEADLINES - 14-
CV-04313-HSG                                                          - 1 -

1    WHEREAS, on February 13, 2015, an Order Reassigning Case was entered, reassigning the Karant Action to this Court, and vacating the newly set April 22, 2015 Hearing Date on the Motions to Dismiss;

4    WHEREAS, in the period from at least February 6, 2015 to the present, the parties have engaged in good faith in exploring their respective positions on settlement and related matters, which efforts have included telephonic consultation with the Honorable Layn R. Phillips (Ret.) ("Judge Phillips"), a private mediator, and the parties believe that, at this juncture, the briefing and hearing schedule on the Motions to Dismiss should be continued for a brief additional period to permit the parties sufficient additional time to determine if settlement is possible of the Karant Action, which time may include further consultation with Judge Phillips;

11    ACCORDINGLY, the parties, through their undersigned counsel, hereby STIPULATE AS FOLLOWS:

13    1.    The date for Plaintiff to file an Opposition is continued from February 25, 2015 to March 4, 2015;

15    2.    The date for Defendants to submit a Reply in support of, the previously noticed Motions to Dismiss is continued from March 16, 2015 to March 24, 2015; and

17    3.    The Hearing Date is hereby noticed for April 16, 2015, at 2:00 p.m., or such further date and time as the Court orders.

19    IT IS SO STIPULATED.

DATED:  February 23, 2015            THE WEISER LAW FIRM, P.C.
                                     KATHLEEN A. HERKENHOFF (168562)


                                          s/ KATHLEEN A. HERKENHOFF
                                          KATHLEEN A. HERKENHOFF

                                     12707 High Bluff Drive, Suite 200
                                     San Diego, CA 92130
                                     Telephone: (858) 794-1441
                                     Facsimile:  (858) 794-1450

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE ON MOTIONS TO DISMISS AND ADJUSTING RELATED BRIEFING DEADLINES - 14-CV-04313-HSG                                                                                        - 2 -

| | |
|---|---|
| 1 | |
| 2 | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>BRETT D. STECKER<br>JEFFREY J. CIARLANTO<br>22 Cassatt Avenue, First Floor<br>Berwyn, PA 19312<br>Telephone:  (610) 225-2677<br>Facsimile:  (610) 408-8062<br>rw@weiserlawfirm.com<br>bds@weiserlawfirm.com<br>jjc@weiserlawfirm.com<br><br>RYAN & MANISKAS, LLP<br>KATHARINE RYAN<br>995 Old Eagle School Rd., Ste. 311<br>Wayne, PA 19087<br>Telephone:  (484) 588-5516<br>Facsimile:  (484) 450-2582<br>kryan@rmclasslaw.com<br><br>Counsel for Plaintiff |
| DATED:  February 23, 2015 | LATHAM & WATKINS LLP<br>PETER A. WALD<br>MARCY C. PRIEDEMAN<br><br>_____/S/ Peter A. Wald_____<br>PETER A. WALD<br><br>505 Montgomery Street<br>San Francisco, CA<br>Telephone: 415/391-0600<br>peter.wald@lw.com<br>marcy.priedeman@lw.com<br><br>LATHAM & WATKINS LLP<br>PATRICK E. GIBBS<br>140 Scott Drive<br>Menlo Park, California 94025-1008<br>Telephone: 650/328-4600<br>Facsimile:  650/463-2600<br>patrick.gibbs@lw.com<br><br>Attorneys for Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, Peter R. Tereri and Nominal Defendant Impax Laboratories, Inc. |

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE ON
MOTIONS TO DISMISS AND ADJUSTING RELATED BRIEFING DEADLINES - 14-
CV-04313-HSG

\*   \*   \*

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: February 24, 2015

_____    _____
                                                               HON. HAYWOOD S. GILLIAM, JR.