LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

   Patrick E. Gibbs (Bar No. 183174)
*patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendants
LARRY HSU, ARTHUR A. KOCH, BRYAN M. REASONS, ROBERT L. BURR, LESLIE Z. BENET, ALLEN CHAO, NIGEL TEN FLEMING, MICHAEL MARKBREITER and PETER R. TERRERI

and

Nominal Defendant
IMPAX LABORATORIES, INC.

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS KARANT, Derivatively on Behalf of Nominal Defendant IMPAX LABORATORIES, INC.,<br><br>          Plaintiff,<br><br>  vs.<br><br>LARRY HSU, ARTHUR A. KOCH, BRYAN M. REASONS, ROBERT L. BURR, LESLIE Z. BENET, ALLEN CHAO, NIGEL TEN FLEMING, MICHAEL MARKBREITER and PETER R. TERRERI<br><br>          Defendants.<br><br>IMPAX LABORATORIES, INC.,<br><br>          Nominal Defendant. | CASE NO. 14-cv-04313-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE ON MOTIONS TO DISMISS AND STRIKE AND ADJUSTING RELATED BRIEFING DEADLINE**<br><br>Date:     TBD<br>Time:    TBD<br>Location: Courtroom 15<br>Judge:   Hon. Haywood S. Gilliam |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
CASE NUMBER: 14-cv-04313-HSG

WHEREAS, on September 24, 2014, Plaintiff Nicholas Karant filed the above-captioned shareholder derivative action (the "Karant Action");

WHEREAS, on October 22, 2014, the Honorable Susan Illston entered a Stipulation and Order Concerning Defendants' Time To Respond To Complaint (the "First Scheduling Order"), which set a March 13, 2015 hearing date for any motions to dismiss or other responses the operative pleading in the Karant Action, briefing dates of December 15, 2014 for moving papers, and February 11, 2015 for opposition papers (the "Opposition");

WHEREAS, on December 15, 2014, Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, and Peter R. Terreri (the "Individual Defendants") filed their Motion to Strike Portions of Plaintiff's Verified Shareholder Derivative Complaint and Motion to Dismiss Claims (Dkt. No. 26), and Nominal Defendant Impax Laboratories, Inc. filed its Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint (Dkt. No. 22) (collectively, the "Motions to Dismiss");

WHEREAS, on February 4, 2015, a Related Case Order (the "Related Case Order") issued in the Karant Action, which related the Karant Action to two pending actions, *Wickey v. Hsu, et al.*, Case No. 3:14-cv-04266-JD and *International Union of Operating Engineers Local 478 v. Hsu, et al.*, Case No. 3:14-cv-04980 – JD) (the "Related Cases");

WHEREAS, the Related Case Order vacated the March 13, 2015 hearing date on the Motions to Dismiss noticed pursuant to the First Scheduling Order;

WHEREAS, on February 5, 2015, the Karant Action and the Related Cases were reassigned to the Honorable James Donato;

WHEREAS, on February 5, 2015, the parties agreed that a continuance of the remaining briefing dates related to the Motions to Dismiss would be appropriate to conserve resources of the parties and the Court, and to allow the parties to explore possible settlement of the Karant Action;

WHEREAS, on February 6, 2015, the Court entered an order (Dkt. Nos. 39 & 40), which continued the date for Plaintiff to file the Opposition to the Motions to Dismiss to February 25,

LATHAM & WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
CASE NUMBER: 14-cv-04313-HSG

1  2015, continued the date for Defendants to submit its replies (the "Reply") to March 16, 2015, and
2  set a hearing date on the of April 22, 2015;

3     WHEREAS, on February 13, 2015, the Karant Action and the Related Cases were
4  reassigned to this Court;

5     WHEREAS, on February 23, 2015, the parties agreed that an additional continuance of
6  the remaining briefing dates related to the Motions to Dismiss would be appropriate to conserve
7  resources of the parties and the Court, and to allow the parties to continue to explore possible
8  settlement of the Karant Action;

9     WHEREAS, on February 24, 2015, the Court entered an order (Dkt. No. 42), which
10 continued the date for Plaintiff to file the Opposition to the Motions to Dismiss to March 4, 2015, and
11 continued the date for Defendants to submit the Reply to March 24, 2015, and set a hearing date of
12 April 16, 2015;

13    WHEREAS, on March 4, 2015, Plaintiff filed the Opposition (Dkt. Nos. 44 and 46); and
14    WHEREAS, the parties continue to engage in discussions related to a possible settlement;
15    Accordingly, it is hereby stipulated between the Parties, as follows:

16    1.   The date for Defendants to submit the Reply in support of the previously noticed
17 Motions to Dismiss is continued from March 24, 2015 to April 14, 2015; and

18    2.   The Hearing Date on the Motions to Dismiss is hereby noticed for May 28, 2015,
19 at 2:00 p.m., or such further date and time as the Court orders.

20    IT IS SO STIPULATED.

21 DATED: March 19, 2015

22 THE WEISER LAW FIRM, P.C.                    LATHAM & WATKINS LLP

23
24 By: /s/ Kathleen A. Herkenoff              By: /s/ Peter A. Wald
      Kathleen A. Herkenhoff                      Peter A. Wald

25
26 Kathleen A. Herkenhoff                     Peter A. Wald
   12707 High Bluff Drive, Suite 200          Marcy C. Priedeman
27 San Diego, CA 92130                        505 Montgomery St., Suite 2000
   Telephone: (858) 794-1441                  San Francisco, California  94111
28 Facsimile: (858) 794-1450                  Telephone: (415) 391-0600
   THE WEISER LAW FIRM, P.C.                  Facsimile: (415) 395-8095

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
CASE NUMBER: 14-cv-04313-HSG

| | | |
|---|---|---|
| 1 | *Attorneys for Plaintiff* | peter.wald@lw.com |
| 2 | | marcy.priedeman@lw.com |
| 3 | | and |
| 4 | | Patrick E. Gibbs |
| 5 | | 140 Scott Drive<br>Menlo Park, California 94025-1008<br>Telephone:  (650) 328-4600 |
| 6 | | Facsimile:  (650) 463-2600<br>patrick.gibbs@lw.com |
| 7 | | |
| 8 | | *Attorneys for Defendants Larry Hsu, Arthur A. Koch, Bryan M. Reasons, Robert L. Burr, Leslie Z. Benet, Allen Chao, Nigel Ten Fleming, Michael Markbreiter, Peter R. Tereri and Nominal  Defendant Impax Laboratories, Inc.* |

**ORDER**

PURSUANT TO STIPULATION,  IT IS SO ORDERED.

DATED:  3/20/2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
CASE NUMBER: 14-cv-04313-HSG

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Resetting Hearing Date on Motions to Dismiss and Strike and Adjusting Related Briefing Deadline.  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document have been obtained.

DATED:  March 19, 2015                         /s/ Peter A. Wald
                                                                     Peter A. Wald

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
CASE NUMBER: 14-cv-04313-HSG